IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMMIA PRATT, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:20-cv-1501-TNM |
| ELISABETH DeVOS, Secretary of the United Department of Education, et al., | ) ) ) |
| Defendants. | ) ) ) |

**NOTICE OF DISMISSAL AS TO PLAINTIFF CHARLENE ESPADA ONLY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Charlene Espada voluntarily dismisses without prejudice her individual claims against Elisabeth DeVos and the United States Department of Education in the above-captioned matter.

Dated: August 17, 2020

Respectfully submitted,

/s/ Adina H. Rosenbaum
ADINA H. ROSENBAUM
D.C. Bar No. 490928
ADAM R. PULVER
D.C. Bar No. 1020475
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St. NW
Washington, DC 20009
(202) 588-1000
arosenbaum@citizen.org

MICHAEL N. TURI
New York Bar No. 5385745
EILEEN M. CONNOR
Mass. BBO No. 569184
TOBY R. MERRILL
Mass. BBO No. 601071
PROJECT ON PREDATORY STUDENT
LENDING, LEGAL SERVICES CENTER OF
HARVARD LAW SCHOOL
122 Boylston Street

Jamaica Plain, MA 02130
(617) 522-3003
mturi@law.harvard.edu

*Counsel for Plaintiffs*