# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMMIA PRATT, et al.,              ) | |
|                                     ) | |
|    Plaintiffs,       ) | |
|                                     ) | |
| v.                                  ) | Case No. 1:20-cv-1501-TNM |
|                                     ) | |
| ELISABETH DeVOS, Secretary of the   ) | |
| United Department of Education, et al., ) | |
|                                     ) | |
|    Defendants.       ) | |
| _____ ) | |

## **DEFENDANTS' NOTICE IN ACCORDANCE WITH LOCAL RULE 7(n)(1)**

In accordance with Local Rule 7(n)(1), Defendants hereby file with this notice (1) the certification of the administrative record in this action; and (2) the index of the contents of the administrative record. *See* Attachments.

Dated: September 16, 2020          Respectfully submitted,

                                                 JEFFREY BOSSERT CLARK
                                                 Acting Assistant Attorney General

                                                 MARCIA BERMAN
                                                 Assistant Branch Director

                                                 */s/ Adam D. Kirschner*
                                                 ADAM D. KIRSCHNER
                                                 IL Bar No. 6286601
                                                 Senior Trial Counsel
                                                 United States Department of Justice
                                                                 Civil Division, Federal Programs Branch
                                                 1100 L Street NW, Room 11020
                                                 Washington, DC 20530
                                                              Tel.:    (202) 353-9265
                                                              Fax:    (202) 616-8460
                                                 E-mail:   adam.kirschner@usdoj.gov

                                                 Mailing Address:
                                                 Post Office Box 883

Washington, D.C. 20044

<u>Courier Address:</u>
1100 L Street NW, Room 11020
Washington, D.C. 20005

*Counsel for Defendants*

2