UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMMIA PRATT, *et al.*,       )<br>                                              )<br>    Plaintiffs,                     )<br>                                              )<br>    -v-                                )<br>                                              )<br>ELISABETH DeVOS, *et al.*,  )<br>                                              )<br>    Defendants.                  )<br>                                              )<br>_____)  | Case No. 20-1501<br><br>ADMINISTRATIVE RECORD INDEX |

# DECEMBER 2019 BORROWER DEFENSE RELIEF METHODOLOGY

# ADMINISTRATIVE RECORD INDEX

### SECTION A – 2019 RELIEF METHODOLOGY

**1.** U.S. Department of Education, Policy Statement Regarding 2019 Relief Methodology, revised as of Aug. 4, 2020 (available at https://www.ed.gov/sites/default/files/documents/borrower-defense-relief.pdf) ................................................................................. AR-A-0001

**2.** U.S. Department of Education, Policy Statement Regarding 2019 Relief Methodology, Dec. 10, 2019 ................................................................. AR-A-0017

3. U.S. Department of Education Press Release, *Secretary DeVos Approves New Methodology for Providing Student Loan Relief to Borrower Defense Applicants Dept. of Education Press*, Dec. 10, 2019 ................................................................................................. AR-A-0030

4. U.S. Department of Education, Borrower Defense Relief Methodology, Dec. 2019 ........................................................................................... AR-A-0033

5. U.S. Department of Education, Borrower Defense Partial Relief Methodology, Corinthian Colleges, Inc. (CCI) Programs Dec. 2019 ................................................................................................. AR-A-0198

6. U.S. Department of Education, Borrower Defense Partial Relief Methodology, ITT Educational Services, Inc. Programs Dec. 2019 ................................................................................................. AR-A-0210

7. U.S. Department of Education, Office of Federal Student Aid, Impact estimates of Proposed Alternative Borrower Defense Relief Methodology .................................................................................. AR-A-0212

8. U.S. Department of Education, New Methodology Options/Decision Memorandum, signed by Secretary DeVos, Nov. 12, 2019 .................................................................................................................. AR-A-0213

9. U.S. Department of Education, Office of Federal Student Aid, *Borrower Defense to Repayment*, Power Point Presentation to the Secretary, Aug. 21, 2019 ........................................................... AR-A-0223

10. U.S. Department of Education, Office of Federal Student Aid, *Differences Between Manriquez Methodology and Proposed Methodology*, Sept. 2019 ..................................................................... AR-A-0233

11. Standard Deviation Methodology ..................................................................... AR-A-0236

12. Definition of Standard Deviation, https://www.investopedia.com/terms/s/standarddeviation.asp[1] .............................. AR-A-0239

13. Schneider, M. & College Measures Economic Success Metrics Project, *Higher Education Pays: The Initial Earnings of Graduates of Texas Public Colleges and Universities*, April 26, 2013 .................................................................................................... AR-A-0243

14. Torpey, E., *Same Occupation, Different Pay: How Wages Vary*, United States Department of Labor Statistics, May 2015, available at https://www.bls.gov/careeroutlook/2015/article/wage-differences.htm?view_full ....................................................................... AR-A-0294

15. Graphic of Mode, Median, Mean, available at https://s3-eu-west-1.amazonaws.com/tutor2u-media/subjects/geography/studynoteimages/mean-median-mode.png?mtime=20151024083646 ........................................................ AR-A-0303

16. U.S. Department of Education, Office of Federal Student Aid, Income-Driven Repayment Plans, available at https://studentaid.gov/manage-loans/repayment/plans/income-driven ........................................................................................................... AR-A-0304

---

[1] Currently, the version of the definition available online reflects an update as of July 21, 2020. The version included in the Administrative Record is the version as of May 25, 2019, captured by the internet archive on November 29, 2019.

17. U.S. Department of Education, Office of Federal Student Aid, Standard Repayment Plan, available at https://studentaid.gov/manage-loans/repayment/plans/standard ............................. AR-A-0318

18. U.S. Department of Education, Office of Federal Student Aid, Borrower Defense:  Alternative Relief Options.............................................. AR-A-0321

19. Memorandum of Understanding between the Internal Revenue Service, Statistics of Income Division and U.S. Department of Education, Federal Student Aid, June 2019..................................... AR-A-0339

**SECTION B – MATERIALS RELATED TO PLAINTIFFS' BORROWER DEFENSE APPLICATIONS**

1. Bianchi, Heather ................................................................................AR-B-0001

2. Castillo, Marisol[2] ..............................................................................AR-B-0122

3. Davis, Alicia ......................................................................................AR-B-0880

4. Pratt, Sammia....................................................................................AR-B-0957

5. Saulsberry, Brittany ...........................................................................AR-B-0980

**SECTION C – 2017 RELIEF METHODOLOGY**

1. U.S. Department of  Education Press Release Regarding 2017 Relief Methodology, Dec. 20, 2017...................................................................AR-C-0001

2. U.S. Department of Education December 2017 Relief Methodology, Dec. 15, 2017............................................................................AR-C-0004

3. Summary table and sample spreadsheet of Corinthian BD claimants' data submitted 2015-2017 .......................................................AR-C-0037

4. Corinthian borrower defense claimants' data, sent by the Department to SSA, Sept. 22, 2017 .......................................................AR-C-0041

5. Earnings information for certain CCI borrower defense claimants, sent by SSA to the Department, Oct. 2, 2017 .......................................................AR-C-0043

---

[2] Castillo documents numbered were received by the Department in a redacted form (redactions shown in black).  The Defendants have made additional redactions (shown in red) to protect additional personally identifiable information that was not already redacted.

6.  Crosswalk of Corinthian borrower defense claimants and amount of calculated relief, using the Borrower Defense Relief Methodology, Dec.15, 2017 ..................................................................................................AR-C-0044

7.  Gainful employment earnings data, 2014 calendar year......................................AR-C-0058

8.  National Center for Education Statistics, Classification of Instructional Programs spreadsheet for 2010............................................................AR-C-0240

**SECTION D – OTHER**

1. Complaint filed in *Manriquez, et al. v. DeVos, et al.*, Case No. 17-cv-07210 (N.D. Cal.) ("*Manriquez*"), Dec. 20, 2017 ................................................................................................... AR-D-0001

2. Declaration of James Manning (with attachments) filed in *Manriquez* (regarding the adoption of the 2017 relief methodology), April 12, 2018.................................................................................. AR-D-0095

Preliminary Injunction issued in *Manriquez* regarding 2017 Relief Methodology

   3. Order Granting In Part And Denying In Part Plaintiff's Motion For Preliminary Injunction, May 25, 2018........................................... AR-D-0112

   4. Amended Order Regarding Plaintiff's Motion For Preliminary Injunction, June 19, 2018............................................................... AR-D-0150

   5. Order Regarding Plaintiff's Motion For Clarification, Aug. 30, 2018................................................................................................ AR-D-0152

6. Order Granting Motion for Class Certification and Appointment of Class Representatives in *Manriquez*, Oct. 15, 2018................................................................................................... AR-A-0153

7. Declaration of Diane Auer Jones filed in *Sweet, et al.  v. DeVos, et al.,* Case No. 19-cv-03674 (N.D. Cal) (regarding the decision and process for developing a new relief methodology), Nov. 14, 2019.................................................................................................. AR-D-0162