**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAMMIA PRATT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-1501-TNM |
| ) | |
| PHIL ROSENFELT, Acting Secretary of the ) | |
| United Department of Education, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order of January 12, 2021, the parties hereby submit this joint status report. At the time Defendants moved to vacate their summary judgment deadline, they were "in the process of considering several substantive changes to the challenged policy, such that the claims and arguments raised in Plaintiffs' complaint and motion for summary judgment may no longer apply." *See* ECF No. 22 at 1. Defendants report that the prior Administration ended up revising the challenged policy in the closing days before they left office. However, those changes have not been implemented. The new Administration is currently reviewing the policy and deciding how to proceed. Given the state of flux of the challenged policy, the parties agree that it is premature to propose a new schedule for concluding summary judgment briefing at this time and instead propose to file another status report on or before March 18, 2021.

Dated: February 1, 2021                    Respectfully submitted,

/s/ Adina H. Rosenbaum
Adina H. Rosenbaum (D.C. Bar No. 490928)
Adam R. Pulver (D.C. Bar No. 1020475)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St. NW
Washington, DC 20009
(202) 588-1000
arosenbaum@citizen.org

Michael N. Turi (New York Bar No. 5385745)
*Pro hac vice*
Eileen M. Connor (Mass. BBO No. 569184)
(application for admission forthcoming)
Toby R. Merrill (Mass. BBO No. 601071)
PROJECT ON PREDATORY STUDENT LENDING,
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
(617) 522-3003
mturi@law.harvard.edu

*Counsel for Plaintiffs and the Class*


BRIAN M. BOYTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Adam D. Kirschner*
ADAM D. KIRSCHNER
IL Bar No. 6286601
Senior Trial Counsel
United States Department of Justice
    Civil Division, Federal Programs Branch
1100 L Street NW, Room 11020
Washington, DC 20530
        Tel.:    (202) 353-9265
        Fax:    (202) 616-8460
E-mail:   adam.kirschner@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
1100 L Street NW, Room 11020
Washington, D.C. 20005

*Counsel for Defendants*