IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMMIA PRATT, et al., )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>MIGUEL CARDONA, Secretary of the )<br>United Department of Education, et al., )<br>)<br>    Defendants. )<br>_____) | Case No. 1:20-cv-1501-TNM |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order of March 18, 2021, the parties hereby submit this joint status report. In this action, Plaintiffs challenge the Department of Education's December 2019 methodology for calculating partial relief for borrowers who have been found to have been defrauded by higher education institutions, and its application to a class of borrowers. *See* Am. Compl. (ECF No. 16). In their request for relief, Plaintiffs ask this Court to vacate the 2019 methodology and relief determinations based upon it. *Id*. As Defendants indicated in the last joint status report, on the day of that filing, "Defendants announced substantial changes to the policy at issue in this case." *See* ECF No. 24. In particular, in a public press release, the Department of Education stated that "the Department will ensure that borrowers with approved borrower defense claims to date will have a streamlined path to receiving full loan discharges" and that "this new approach replaces a methodology first announced in December 2019." *See* Department of Education Announces Action to Streamline Borrower Defense Relief Process, available at https://www.ed.gov/news/press-releases/department-education-announces-action-streamline-borrower-defense-relief-process.

The Department expects the process for discharging the loans in full will take approximately six months. The parties ask to file another status report on or before July 19, 2021, to update the Court and assess whether litigation should proceed further in this matter.

Dated: April 19, 2021                              Respectfully submitted,

/s/ *Adina Rosenbaum*
Adina H. Rosenbaum (D.C. Bar No. 490928)
Adam R. Pulver (D.C. Bar No. 1020475)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St. NW
Washington, DC 20009
(202) 588-1000
arosenbaum@citizen.org

Michael N. Turi (New York Bar No. 5385745)
*Pro hac vice*
Eileen M. Connor (Mass. BBO No. 569184)
(application for admission forthcoming)
Toby R. Merrill (Mass. BBO No. 601071)
PROJECT ON PREDATORY STUDENT LENDING,
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
(617) 522-3003
mturi@law.harvard.edu

*Counsel for Plaintiffs and the Class*


BRIAN M. BOYTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Adam Kirschner*
ADAM D. KIRSCHNER
IL Bar No. 6286601

Senior Trial Counsel
United States Department of Justice
    Civil Division, Federal Programs Branch
1100 L Street NW, Room 11020
Washington, DC 20530
        Tel.:    (202) 353-9265
        Fax:    (202) 616-8460
E-mail:   adam.kirschner@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
1100 L Street NW, Room 11020
Washington, D.C. 20005

*Counsel for Defendants*