IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMMIA PRATT, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MIGUEL CARDONA, Secretary of the )<br>United Department of Education, et al., )<br>)<br>Defendants. )<br>_____) | Case No. 1:20-cv-1501-TNM |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order of April 19, 2021, the parties hereby submit this joint status report. In this action, Plaintiffs challenge the Department of Education's December 2019 methodology for calculating partial relief for borrowers who have been found to have been defrauded by higher education institutions, and its application to a class of borrowers. *See* Am. Compl. (ECF No. 16). In their request for relief, Plaintiffs ask this Court to vacate the 2019 methodology and relief determinations based upon it. *Id*. As Defendants have previously indicated, *see, e.g.,* ECF No. 24, the Department of Education stated in a public press release that "the Department will ensure that borrowers with approved borrower defense claims to date will have a streamlined path to receiving full loan discharges" and that "this new approach replaces a methodology first announced in December 2019." *See* Department of Education Announces Action to Streamline Borrower Defense Relief Process, available at https://www.ed.gov/news/press-releases/department-education-announces-action-streamline-borrower-defense-relief-process. In the April joint status report, Defendants provided an expectation that "the process for discharging the loans in full will take approximately six months." *See* ECF No. 25.

Defendants remain on track to meet the approximate 6-month timeframe included in the April joint status report for notifying borrowers of full discharges for any claim previously subject to the 2019 partial relief methodology. In addition, Defendants are planning to issue a more formal statement of policy to address loan forgiveness going forward.

The parties ask to file another status report on or before October 19, 2021, to update the Court and assess whether litigation should proceed further in this matter. At that time, Defendants hope to announce that the Department has completed the process for notifying borrowers that their loans previously subject to the 2019 partial relief methodology are being discharged in full or, at the very least, that it will complete the process in the very near future.

Dated: July 19, 2021                              Respectfully submitted,

<div style="text-align: right;">

/s/ *Adina Rosenbaum*
Adina H. Rosenbaum (D.C. Bar No. 490928)
Adam R. Pulver (D.C. Bar No. 1020475)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St. NW
Washington, DC 20009
(202) 588-1000
arosenbaum@citizen.org

Michael N. Turi (New York Bar No. 5385745)
*Pro hac vice*
Eileen M. Connor (Mass. BBO No. 569184)
(application for admission forthcoming)
PROJECT ON PREDATORY STUDENT
LENDING,
LEGAL SERVICES CENTER OF HARVARD
LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
(617) 522-3003
mturi@law.harvard.edu

*Counsel for Plaintiffs and the Class*


BRIAN M. BOYTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Adam Kirschner*
ADAM D. KIRSCHNER
IL Bar No. 6286601
Senior Trial Counsel
United States Department of Justice
      Civil Division, Federal Programs Branch
1100 L Street NW, Room 11020
Washington, DC 20530
          Tel.:   (202) 353-9265
          Fax:   (202) 616-8460
E-mail:  adam.kirschner@usdoj.gov

</div>

3

<div style="margin-left: 40%;">

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
1100 L Street NW, Room 11020
Washington, D.C. 20005

*Counsel for Defendants*

</div>