IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMMIA PRATT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-1501-TNM |
| ) | |
| MIGUEL CARDONA, Secretary of the ) | |
| United Department of Education, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order of July 19, 2021, the parties hereby submit this joint status report. In this action, Plaintiffs challenge the Department of Education's December 2019 methodology for calculating partial relief for borrowers who have been found to have been defrauded by higher education institutions, and its application to a class of borrowers. *See* Am. Compl. (ECF No. 16). In their request for relief, Plaintiffs ask this Court to vacate the 2019 methodology and relief determinations based upon it. *Id*.

Since the complaint was filed, the Department of Education has rescinded the December 2019 methodology. In addition, based on a preliminary analysis, the Department of Education believes that it has sent notices to all borrowers who previously received relief determinations under the December 2019 methodology telling those borrowers that they are eligible for full relief on their borrower defense claims.

The Department of Education is in the process of verifying its preliminary analysis and expects to do so within the next two weeks. Once the Department confirms to Plaintiffs that it has sent new relief determinations to all borrowers who previously received determinations under the

December 2019 methodology, Plaintiffs intend to seek this Court's approval to voluntarily dismiss this action without prejudice.

The parties ask to file another status report on or before November 19, 2021 if Plaintiffs have not filed a motion for the Court's approval to voluntarily dismiss the case beforehand.

Dated: October 19, 2021   Respectfully submitted,

/s/ Adina H. Rosenbaum
Adina H. Rosenbaum (D.C. Bar No. 490928)
Adam R. Pulver (D.C. Bar No. 1020475)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St. NW
Washington, DC 20009
(202) 588-1000
arosenbaum@citizen.org

Michael N. Turi (New York Bar No. 5385745)
*Pro hac vice*
PROJECT ON PREDATORY STUDENT LENDING,
LEGAL SERVICES CENTER OF HARVARD LAW SCHOOL
122 Boylston Street
Jamaica Plain, MA 02130
(617) 522-3003
mturi@law.harvard.edu

*Counsel for Plaintiffs and the Class*

BRIAN M. BOYTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ Adam D. Kirschner
ADAM D. KIRSCHNER
IL Bar No. 6286601
Senior Trial Counsel

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 11020
Washington, DC 20530
Tel.: (202) 353-9265
Fax: (202) 616-8460
E-mail: adam.kirschner@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address:</u>
1100 L Street NW, Room 11020
Washington, D.C. 20005

*Counsel for Defendants*